OCEAN STATE BUILDING WRECKING CO., INC.

v.

METALS PROCESSING COMPANY.

No. 79-370-Appeal.

Supreme Court of Rhode Island.

Feb. 23, 1981.

Gladstone & Zarlenga, Fred J. Volpe, Providence, for plaintiff.

Winograd, Shine & Zacks, P.C., E. Martin Stutchfield, Providence, for defendant.

342

## ORDER

This matter is before us on the defendant's motion to affirm, pursuant to Rule 16(g), a Superior Court judgment entered in its favor. After having reviewed the record and plaintiff's brief and having heard oral arguments on February 3, 1981, we hereby grant the motion to affirm the judgment of the Superior Court.